COOPER ERVING

ATTORNEYS AT LAW · ESTABLISHED 1785

coopererving.com

SUSAN CARROLL PICOTTE
PHILLIP G. STECK
KELLY L. MALLOY POGODA
DAVID C. ROWLEY
CARLO A.C. DE OLIVEIRA ±
CAROLINE W. T. LANG
MATTHEW E. MINNIEFIELD Ω

DENNIS W. HABEL
LUISA LAMPREA BARRAGAN
PINCHAS E. RAUL

*ALSO ADMITTED IN VERMONT
±ALSO ADMITTED IN MASSACHUSETTS
◊ALSO ADMITTED IN FLORIDA
ΩALSO ADMITTED IN NEW JERSEY

COOPER ERVING & SAVAGE LLP
20 CORPORATE WOODS BLVD, STE. 501
ALBANY, NEW YORK 12211
(518) 449-3900
FACSIMILE (518) 432-3111

SERVICE BY FAX OR EMAIL
NOT ACCEPTED

REPLY TO PSTECK@COOPERERVING.COM
DIRECT DIAL: (518) 432-3178

JAMES FENIMORE COOPER
(1888-1938)
WM. VAN RENSSELAER ERVING
(1925-1940)
B. JERMAIN SAVAGE
(1910-1952)

*SENIOR COUNSEL*
TERRANCE P. CHRISTENSON
MICHAEL A. KORNSTEIN

*OF COUNSEL*
CHRISTOPHER P. FLINT*
CAROLYN B. GEORGE
JAMES D. LINNAN◊
TIMOTHY B. THORNTON

September 11, 2026

**VIA ECF TO:**
Judge Anne M. Nardacci and Magistrate Judge Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, New York 12207

Re.: *Robert Miller v. The State of New York, Maria Lisi-Murray, and Emily Steinbach*
Civil Action No.: 1:26-cv-1717 (AMN/DJS)

Dear Judge Nardacci and Judge Stewart:

I represent Plaintiff Robert Miller in the above-referenced action. I have been informed that the attorney address on the complaint does not match the NDNY attorney admission records. The attorney address on the complaint inadvertently recites my firm's prior office address. The address on my ECF account reflects my firm's current address of 20 Corpoate Woods Blvd., Suite 501, Albany, New York, 12211.

We have been advised by the helpful clerks at the Northern District's clerk office to file a letter to you explaining the address discrepancy and attaching a corrected version of the complaint's signature page. Accordingly, attached to this letter please find the corrected version of the complaint's signature page. Thank you.

Very Truly Yours,
COOPER ERVING & SAVAGE LLP

Phillip G. Steck

PGS/mlg
Enclosures

***via ECF upon appearance to***: all parties

G. Such other and further legal and equitable relief as this Court deems necessary, just and proper.

Dated: August 17, 2026
Albany, New York

COOPER ERVING & SAVAGE, LLP

By: s/ Phillip G. Steck

Phillip G. Steck, Esq.
Bar Roll No.: 102664
Attorneys for Plaintiff
20 Corporate Woods Blvd, Suite 501
Albany, New York 12211
Telephone: (518) 449-3900
Fax: (518) 432-3111
psteck@coopererving.com